UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HISHAM YOUSSEF MOHAMAD et al., | Case No.:  20-CV-1307-CAB-AGS |
| Plaintiffs, | **ORDER GRANTING MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| MADELINE T. KRISTOFF et al., | |
| Defendants. | [Doc. No. 6] |

Upon consideration of Defendants' motion for a 60-day extension of time to answer or otherwise respond to the complaint, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**.  Defendants shall respond to the complaint on or before **November 13, 2020**.

It is **SO ORDERED**.

Dated:  September 11, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1