| | |
|---|---|
| 1 | Law Offices of Jonathan D. Montag |
| | 110 West C Street, Suite 1809 |
| 2 | San Diego, CA  92101 |
| | (619) 230-1420 |
| 3 | |
| | Jonathan D. Montag, Esq. |
| 4 | Cal. State Bar No. 174822 |
| | jdmontag@montaglaw.com |
| 5 | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hisham Youssef Mohamad,<br>Hilin Ziad Shikhani,<br>Lalan Hisham Mohamad,<br><br>     Plaintiffs,<br><br>v.<br><br>Madeline T. Kristoff,<br>San Diego Field Office Director<br>U.S. Citizenship and Immigration Services,<br><br>Alanna Y. Ow,<br>District 44 District Director,<br>U.S. Citizenship and Immigration Services,<br><br>Kenneth T. Cuccinelli, Acting Director,<br>United States Citizenship and<br>Immigration Services,<br><br>Chad F. Wolf, Acting Secretary,<br>Department of Homeland Security,<br><br>William Pelham Barr,<br>Attorney General of the United States,<br><br>     Defendants. | Civil No. 20cv01307-CAB-AGS<br><br>**Notice of Voluntary Dismissal** |

   WHEREAS, the defendants' agency, U.S. Citizenship and Immigration Services, has informed the plaintiffs that it has approved their adjustment of status applications; and

   WHEREAS, the defendants have not answered the complaint,

   NOW, THEREFORE, the plaintiffs, through Counsel, dismiss this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///

1 | The Clerk is requested to enter said dismissal in the records of the District Court.

2 | Dated: November 6, 2020

        s/ Jonathan D. Montag
        _____
        Jonathan D. Montag
        Attorney for Dr. Hisham Youssef Mohamad,
        Ms. Hilin Ziad Shikhani, and Lalan Hisham Mohamad